# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of February, two thousand and sixteen.

Before:     Susan L. Carney,
                *Circuit Judge*

_____

United States of America,

     Appellee,

        v.

Anthony Mangone,

     Defendant-Appellant.

_____

**ORDER**

Docket No.    15-4057 (L)
                15-4062 (Con)

Defendant-Appellant moves to expedite the briefing and the oral argument of these appeals. The Government does not oppose.

IT IS HEREBY ORDERED that the motion is GRANTED. Defendant-Appellant shall serve and file his brief and the appendix on or before March 1, 2016. The Government shall file the opposition brief, if any, on or before April 15, 2016. Defendant-Appellant shall serve and file the reply brief, if any, on or before April 29, 2016. The appeal will be heard as early as the week of May 31, 2016, subject to the approval of the presiding judge.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

